782 A.2d 417

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v.
DREW JOHNSON, DEFENDANT–RESPONDENT.

November 30, 2000.

Pursuant to *Rule* 2:12–1, it is ORDERED that this action be certified directly to this Court, to the end that the April 10, 2000, disposition of the Appellate Division in respect of the suppression of evidence and the October 10, 2000, dismissal by the trial court of the State's indictment may be reviewed by this Court.

782 A.2d 417

FIRST RESOLUTION INVESTMENT CORPORATION,
PLAINTIFF–MOVANT, v. BILAL SEKER,
DEFENDANT–RESPONDENT.

June 21, 2001.

Certification is granted, certification to the Superior Court, Law Division, Passaic County.

782 A.2d 417

ADRIENNE O'TOOLE, ET AL., PLAINTIFFS–RESPONDENTS,
v. PAUL CARR, DEFENDANT–RESPONDENT, AND
MURRAY & CARR, DEFENDANT–MOVANT.

July 6, 2001.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits.